IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| *In re:* | Chapter 11 |
| PIOTR M. GAWRON, | Case No. 21-09428 |
| *Debtor.* | Hon. David D. Cleary |

## **NOTICE OF OBJECTION**

Creditor LincolnWay Community Bank, by and through its attorneys Ashley K. Rasmussen and the law office of Cohen Dovitz Makowka, LLC, objects to the Debtor Piotr Gawron's Motion to Employ Real Estate Broker to be heard by this Court on October 27, 2021 and hereby requests the motion be called in open court.

Dated: October 25, 2021          Respectfully submitted,

                                 LINCOLNWAY COMMUNITY BANK

                                 By  /s/ Ashley K. Rasmussen
                                     One of its attorneys

Ashley K. Rasmussen (ARDC #6308095)
Cohen Dovitz Makowka, LLC
Attorneys for LincolnWay Comm. Bank
10729 W. 159th St., Orland Park, IL 60467
(708) 460-7711
bankruptcy@cdm.legal