UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 21-09428 |
|---|---|---|
| Piotr M. Gawron | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING ROUTINE MOTION OF LINCOLNWAY COMMUNITY BANK UNDER BANKRUPTCY RULES 2004, 9006 AND 9016 FOR LEAVE TO ISSUE DOCUMENT SUBPOENAS TO DEBTOR AND THIRD-PARTY RESPONDENTS

Upon consideration of the motion (the "Motion") of LincolnWay Community Bank, pursuant to Bankruptcy Procedure 2004, 9006, and 9016, requesting leave to issue Document Subpoenas to Debtor and other Third Parties, the Court finds that:

1. This Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334;

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b);

3. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409;

4. Proper and adequate notice of the Motion and the hearing thereon has been given and no other or further notice is necessary; and

5. Upon the record herein, and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein;

THEREFORE, it is hereby ordered that:

1. The relief requested in the Motion is GRANTED

2. LincolnWay is authorized to serve the Subpoena issued to the Debtor; and

3. LincolnWay is authorized to serve the Subpoenas to each of the Third-Party Respondents proposed in the Motion.

Enter: /s/ David D. Cleary

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: November 17, 2021

**Prepared by:**

Cohen Dovitz Makowka, LLC
Sandra L. Makowka
10729 W. 159th Street
Orland Park, IL 60467
(708) 460-7711
Email: bankruptcy@cdm.legal