# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Piotr M. Gawron

Case Number: 21-9428

An appearance is hereby filed by the undersigned as attorney for:
US Enterprises LLC F4

Attorney name (type or print): Jeffrey K. Paulsen

Firm: FactorLaw

Street address: 105 W. Madison, Ste. 1500

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6300528
(See item 3 in instructions)

Telephone Number: 312-878-0969

Email Address: jpaulsen@wfactorlaw.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes ☑ No |
| Are you a member of the court's trial bar? | ☑ Yes ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on Dec. 30, 2021

Attorney signature: S/ Jeffrey K. Paulsen
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015