## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| PIOTR GAWRON | ) | Case No. 21-09428 |
| | ) | |
| Debtor-in-Possession. | ) | Honorable David D. Cleary |

## NOTICE OF OBJECTION

To:    See Attached Service List

    PLEASE TAKE NOTICE that Debtor-in-Possession, Piotr Gawron, has an objection to and respectfully requests to be heard on the ***Motion of LincolnWay Community Bank to Dismiss and Bar Debtor from Refiling or Alternatively, for Relief from the Automatic Stay*** (Docket No. 62) filed by LincolnWay Community Bank.


                                             By*: /s/ David R. Herzog*
                                                             One of his attorneys

David R. Herzog
LAW OFFICE OF DAVID R HERZOG, LLC
Attorneys for Debtor
53 W. Jackson Blvd, Suite 1442
Chicago, Illinois 60604
(312) 977-1600
drh@dherzoglaw.com

# CERTIFICATE OF SERVICE

      I, David R. Herzog, an attorney, state that on February 21, 2022, pursuant to Local Rule 9013-1(D) the **NOTICE OF OBJECTION** was filed and served on all parties via the Court's Electronic Notice for Registrants, as indicated on the service list below.

                                                              */s/ David R. Herzog*

**Registrants Served Through the Court's Electronic Notice for Registrants**

| | |
|---|---|
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| David Freydin | david.freydin@freydinlaw.com |
| Cohen Dovitz Makowka, LLC | smakowka@cdm.legal |
| | akrasmussen@cdm.legal |
| Jeffrey K. Paulsen | jpaulsen@wfactorlaw.com |
| Dana N O'Brien | dana.obrien@mccalla.com |